MICHAEL VON LOEWENFELDT (178665)
mvl@kerrwagstaffe.com
IVO LABAR (203492)
labar@kerrwagstaffe.com
FRANK BUSCH (258288)
busch@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105–1727
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendant,
ELECTRONICS FOR IMAGING, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASTER PRINTING INNOVATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>ELECTRONICS FOR IMAGING, INC.,<br><br>Defendant. | Case No. 4:16-cv-04566-PJH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION** |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs.

5  IT IS SO STIPULATED:

7  Dated: November 14, 2016                **KERR & WAGSTAFFE LLP**

9                                          By: /s/ Frank Busch
                                                FRANK BUSCH

10                                          Attorneys for Defendant,
11                                          ELECTRONICS FOR IMAGING, INC.

13  Dated: November 14, 2016                **DOWELL IP**

15                                          By: /s/ Anthony E. Dowell
                                                ANTHONY E. DOWELL

17                                          Attorneys for Plaintiff,
                                            RASTER PRINTING INNOVATIONS, LLC

19  **IT IS SO ORDERED**.

21  Dated: November 14, 2016

22                                          _____
                                            HONORABLE PHYLLIS J. HAMILTON
                                            UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

## ATTESTATION

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: November 14, 2016          **KERR & WAGSTAFFE LLP**

By: /s/ Frank Busch
FRANK BUSCH